```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0071--CV (RRB)
              "DONALD LEE SEEK SR V CRAIG TURNBULL"

        Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 04/08/05
            Closed: 11/14/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $5.00 on 04/08/05 receipt # 00125447
          Trial by:


Parties of Record:                        Counsel of Record:

PLF 1.1           SEEK, DONALD LEE SR.       Mary C. Geddes
                                             Federal Public Defender
                                             550 W. 7th Avenue, Suite 1600
                                             Anchorage, AK 99501
                                             907-646-3400
                                             FAX 907-646-3408

DEF 1.1           TURNBULL, CRAIG            William H. Hawley Jr
                                             Attorney General's Office
                                             310 K Street, Suite 308
                                             Anchorage, AK 99501
                                             907-269-6250
                                             FAX 907-269-6270
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0071--CV (RRB)
                         "DONALD LEE SEEK SR V CRAIG TURNBULL"

                                  For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(4)
            Filed: 04/08/05
           Closed: 11/14/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (530) Habeas Corpus: General
                   28:2254
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $5.00 on 04/08/05 receipt # 00125447
         Trial by:
```

```
Document #   Filed      Docket text

    1 -  1   04/08/05   PLF 1 motion (application) to proceed in forma pauperis w/att exhs.

    2 -  1   04/08/05   PLF 1 Petition for Writ of H/C per 28:2254.

    3 -  1   04/08/05   PLF 1 motion for appointment of counsel w/att aff.

    4 -  1   04/19/05   RRB Order directing service and response; denying motion (application)
                        to proceed in forma pauperis (1-1); granting motion for appointment of
                        counsel (3-1); the FPD shall designate counsel from the CJA Panel of the
                        FPD office to represent Mr. Seek. Once designated, appointed cnsl will
                        file a notice of apearance. Counsel to file an amended 2254 petition by
                        5/20/05.  Respondent shall file an answer or responsive pleading by
                        6/20/05. The court may hold an evid hrg or either party may motion for
                        one. Clerk is to serve a copy of the pet at dkt 2 on D. Kossler. Case is
                        referred to MJ Branson under LMR 4(4). No party to have ex parte
                        communication with the court.

    5 -  1   04/25/05   PLF 1 Attorney Appearance of Mary C. Geddes.

    6 -  1   04/25/05   DEF 1 Attorney Appearance of W. H. Hawley (AAG-308).

    7 -  1   05/20/05   PLF 1 Unopposed motion to ext time for filing amended petition w/att
                        aff.

    8 -  1   05/24/05   JDR Order granting unopposed motion to ext time for filing amended
                        petition (7-1); amended petition due 6/20/05; govt's answer due 7/20/05.
                        cc: cnsl

    9 -  1   05/27/05   JDR Minute Order in light of retirement of MJ Branson & at the direction
                        of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc:
                        cnsl, Judge Beistline

   10 -  1   06/20/05   PLF 1 motion amended Petition for habeas corpus relief under 28:2254.

   10 -  2   06/20/05   PLF 1 motion for stay.

   11 -  1   07/19/05   DEF 1 motion to extend time for respondent to respond to amended
                        application for writ of habeas corpus to 8/10/05 w/att aff.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0071--CV (RRB)
                              "DONALD LEE SEEK SR V CRAIG TURNBULL"

                                       For all filing dates

Document #     Filed      Docket text

   12 -   1    07/21/05   MDJ Order granting motion to extend time to 8/10/05 for respondent to
                          respond to amended application for writ of H/C (11-1). cc: cnsl

   13 -   1    08/10/05   DEF 1 opposition to PLF 1 motion amended Petition for habeas corpus
                          relief under 28:2254 (10-1). (original in folder behind file)

   13 -   2    08/10/05   DEF 1 Response to Order to show cause w/att exhs. (original in folder
                          behind file)

   13 -   3    08/10/05   DEF 1 motion to dismiss w/att exhs. (original in folder behind file)

   13 -   4    08/10/05   DEF 1 motion for summary judgment w/att exhs. (original in folder behind
                          file)

   14 -   1    08/10/05   DEF 1 Notice of lodging state crt trial vols IV-X. (located in expando
                          file)

   15 -   1    08/17/05   PLF 1 Unopposed motion for ext of time to oppo "response to odr to show
                          caus ew & mot to dsmss & for SJ" & to ext time to reply w/att aff.

   16 -   1    08/19/05   JDR Order granting unopposed motion for ext of time to 9/21 to file oppo
                          & to 9/30 to file reply to "response to odr to show cause & mot to dsmss
                          & for SJ" (15-1). cc: cnsl

   17 -   1    09/22/05   PLF 1 opposition to DEF 1 motion to dismiss (13-3).

   18 -   1    09/23/05   PLF 1 motion on shortened time to file a late response to motion for SJ
                          w/att aff.

   19 -   1    09/26/05   JDR Order granting mot on shortened time to file a late response to mot
                          for SJ (18-1); petitioner's response due 9/27/05. cc: cnsl

   20 -   1    09/27/05   PLF 1 opposition to DEF 1 motion for summary judgment (13-4).

   21 -   1    09/30/05   DEF 1 motion for extension of time until 10/7/05 to reply to Seek's
                          oppositions to motions to dismiss & for summary judgment w/att aff.

   22 -   1    10/03/05   JDR Order granting motion for extension of time until 10/7/05 to reply
                          to Seek's oppositions to the mots for sj and dismissal (21-1).  cc: cnsl

   23 -   1    10/11/05   PLF 1 reply to opposition to DEF 1 motion to dismiss (13-3), DEF 1
                          motion for summary judgment (13-4).

   24 -   1    10/26/05   Initial R&R re: PLF 1 motion for stay (10-2); Recommended be DENIED;
                          Objections due 11/14/05. Reply due 11/18/05. cc: cnsl, Judge Beistline

   24 -   2    10/26/05   Initial R&R re: DEF 1 motion to dismiss (13-3); Recommended be GRANTED;
                          Objections due 11/14/05. Reply due 11/18/05. cc: cnsl, Judge Beistline

   25 -   1    11/07/05   PLF 1 motion to voluntarrily dismiss w/o prejudice petition for writ of
                          H/C.  w/att ltr & aff.

   26 -   1    11/14/05   RRB Order granting Plaintiff's motion to voluntarily dismiss w/o
                          prejudice petition for writ of H/C (25-1); terminating in light of this
                          order: motion amended Petition for habeas corpus relief under 28:2254
                          (10-1), motion for stay (10-2), motion to dismiss (13-3), motion for
                          summary judgment (13-4).  cc: cnsl, MJ Roberts

ACRS: R_VDSDX                   As of 12/01/05 at 3:25 PM by GARRY                        Page 2
```